IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11541
Conference Calendar
_____


MICHAEL D. RODGERS, SR.,

                                        Plaintiff-Appellant,

versus

STATE OF TEXAS; JOHN NELMS, Judge,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CV-1934-M
--------------------
December 12, 2002

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Michael D. Rodgers, Sr., appeals the dismissal of his 42

U.S.C. § 1983 lawsuit as frivolous pursuant to 28 U.S.C.

§ 1915(e)(2).  Rodgers concedes that the district court's reasons

for dismissal were supported by citations to authority, but he

contends that the dismissal was erroneous because the actions of

the defendants were unfair.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Rodgers has failed to cite to any legal authority to support his contention.  By failing to provide any legal analysis in support of his contention, he has waived the only issue on appeal.  <u>See</u> <u>Cavallini v. State Farm Mut. Auto Ins. Co.</u>, 44 F.3d 256, 260 n.9 (5th Cir. 1995).  This appeal is DISMISSED AS FRIVOLOUS.  5TH CIR. R. 42.2.